**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 588 MAL 2018

Respondent   :

:   Petition for Allowance of Appeal from
:   the Order of the Superior Court

v.   :

ROBERT J. MORRISON,   :

Petitioner   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.